**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2022
```

UNITED STATES OF AMERICA,

       -against-

DEVIN RODRIGUEZ,

       Defendant.

16 CR 272 (VM)

<u>**ORDER**</u>

**VICTOR MARRERO, U.S.D.J.:**

A hearing to address the defendant's violations of supervised release is hereby scheduled from May 27, 2022, at 11:00 a.m. In light of the ongoing public health emergency, the hearing will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: May 2, 2022
      New York, New York

_____
Victor Marrero
  U.S.D.J.