**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

DEVIN RODRIGUEZ,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2022

**16 CR 272 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is rescheduled from May 27, 2022, to May 19, 2022, at 10:30 a.m. In light of the ongoing public health emergency, the hearing will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:  May 6, 2022
       New York, New York

                                          _____
                                              Victor Marrero
                                                U.S.D.J.