**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        -against-

DEVIN RODRIGUEZ,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022

**16 CR 272 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is rescheduled to June 9, 2022, at 2:00 p.m.

**SO ORDERED.**

Dated: May 23, 2022
      New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.