**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022
```

UNITED STATES OF AMERICA,

        -against-

DEVIN RODRIGUEZ,

        Defendant.

**16 CR 272 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that C.J.A. attorney Michael Sporn is assigned to represent the defendant in the pending matter regarding the violations of the defendant's supervised release. Mr. Sporn is directed to file a notice of appearance within seven days.

**SO ORDERED.**

Dated: June 6, 2022
       New York, New York

                                                        Victor Marrero
                                                          U.S.D.J.