**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2022
```

UNITED STATES OF AMERICA,

       -against-

DEVIN RODRIGUEZ,

       Defendant.

**16 CR 272 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is rescheduled to November 4, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated: August 10, 2022
       New York, New York

                                          _____
                                            **VICTOR MARRERO**
                                                 **U.S.D.J.**