

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2022

**BY ECF AND EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   **United States v. Devin Rodriguez, 16 Cr. 272 (VM)**

Dear Judge Marrero:

   The parties are currently scheduled to appear before the Court on November 4, 2022, in connection with the defendant's alleged violations of the terms of his probation (the "VOSR"). The parties respectfully request an adjournment of the November 4, 2022, VOSR hearing to a date after December 7, 2022.  The parties understand that the defendant pleaded guilty to criminal possession of a weapon in the third degree in state court and is scheduled to be sentenced on or about November 16, 2022.  Adjourning the VOSR hearing would allow for the defendant to resolve his state court case and for the defendant to be transported from state to federal custody.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

            by: _____/s/_____
                    Jane Kim
                    Assistant United States Attorney
                    (212) 637-2038

cc:   Defense Counsel (by ECF and Email)