USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

DEVIN RODRIGUEZ,

                Defendant.

---

**16 Crim. 272 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The hearing to address defendant Devin Rodriguez's violations of the conditions of his supervised release, currently scheduled for November 4, 2022, is hereby adjourned to December 9, 2022, at 9:30 a.m.

**SO ORDERED.**

Dated:    28 October 2022
             New York, New York

                                      _____
                                          Victor Marrero
                                             U.S.D.J.