```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

DEVIN RODRIGUEZ,

                Defendant.

**16 Cr. 272 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Pursuant to the Government's request (Dkt. No. 664), the proceeding scheduled for December 9, 2022 to address the Defendant's violation of conditions of supervised release is hereby adjourned until February 24, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:    7 December 2022
             New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.