**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2023

UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

DEVIN RODRIGUEZ,

                Defendant.

**16 Cr. 272 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference currently scheduled for February 24, 2023 is hereby adjourned to March 24, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:    22 February 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.