**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

DEVIN RODRIGUEZ,

                Defendant.

**16 Cr. 272 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Attorney Michael H. Sporn's request, *nunc pro tunc*, to be appointed as CJA counsel as beginning on May 19, 2022 in connection with Rodriguez's violations of supervised release is **GRANTED**.

**SO ORDERED.**

Dated:    29 March 2023
            New York, New York

                                                  _____
                                                    Victor Marrero
                                                        U.S.D.J.